JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacobe Mitchell, | NO. CV 13-01343 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MTC Financial Inc., et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 8th day of July, 2013.

/s/
Fernando M. Olguin
United States District Judge